```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - -:
KENNETH A. McCREADY,                    :  07 Civ. 7705 (DAB) (JCF)
                                        :
                Plaintiff,              :       O R D E R
                                        :
       - against -                      :
                                        :
NATIONAL CREDIT SYSTEMS, INC.,          :
et al.,                                 :
                Defendants.             :
- - - - - - - - - - - - - - - - - - - -:
```

JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

This case having been referred to me for general pretrial supervision; and it appearing that the Summons and Complaint were served but that no Answer has been filed, it is hereby ORDERED that the plaintiff file any motion for judgment by default no later than June 16, 2008.

SO ORDERED.

*[signature]*

JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

Dated:  New York, New York
        May 13, 2008

Copies mailed this date:

Kenneth A. McCready
P.O. Box 10
Loda, IL 60948

National Credit Systems, Inc. (NCS, Inc.)
117 East 24th Street
Fifth Floor
New York, New York 10010

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/13/08

1